Love Estate.

Argued April 15, 1949. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

108

*Walter Y. Anthony, Jr.*, and *Rowland C. Evans, Jr.*, with them *Krusen, Evans & Shaw*, for appellants.

*John Harper*, with him *Irvin H. Campbell* and *Harper, Buchanan & Driver*, for appellees.

PER CURIAM, May 23, 1949:
Decree affirmed on the unanimous opinion of the learned Orphans' Court of Philadelphia County.